# Honorable Discharge

from the Armed Forces of the United States of America

This is to certify that

SERGEANT RICHARD J LAUGEL 8853

was Honorably Discharged from the

## United States Marine Corps

on the 1ST day of OCTOBER 2009   This certificate is awarded as a testimonial of Honest and Faithful Service

F. Coetzee
Colonel, USMC
Commander

DD 256 MC 1 MAY 50 SN:0102-LF-002-3901



**UNITED STATES MARINE CORPS**
MARINE CORPS MOBILIZATION COMMAND
15303 ANDREWS RD.
KANSAS CITY, MO 64147-1207

IN REPLY REFER TO:
IRRD
11-NOV-2009

DEAR SGT RICHARD J LAUGEL,

This discharge certificate is a testimonial of your honorable service. It signifies that you have served in a proficient and industrious manner in the defense of your country. No greater honor accrues to any citizen.

On behalf of the Commandant of the Marine Corps, please accept the gratitude of our great nation and best wishes in your future endeavors.

F. Coetzee
Colonel, USMC
Commander

RICHARD J LAUGEL
15329 OAK TREE DRIVE NUMBER LL110
LAKE ELSINORE CA 92532

MOBCOM 1910 / 1 (REV 01/05)