UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

RICHARD LAUGEL,

Defendant.

18-CR-443 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from defendant Richard Laugel, raising an issue of whether the time period of custody which the Bureau of Prisons is treating as a proper basis for good time credit accords with the Court's stated intentions and expectations at sentencing. Dkt. 28. The Court directs the Government to respond, in a letter due **Tuesday, May 26, 2026**. If the Government concludes that the wording in the judgment issued by the Court has inadvertently caused Mr. Laugel to be denied eligibility for good time credit for which he rightfully should be eligible, the Court invites the Government to propose a solution (e.g., a clarifying court order).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: May 6, 2026
       New York, New York