UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>RICHARD LAUGEL,<br><br>Defendant. | 18-CR-443 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

The Court has received a motion for compassionate release from defendant Richard Laugel, pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Dkt. 32. The Court directs the Government to respond by October 21, 2026. The Court does not invite a reply.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Laugel at:

Richard Laugel
76169-054
FCI Danbury
33 ½ Pembroke Rd.
Danbury, CT 06811

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: September 30, 2026
New York, New York